Frederick W. Huber, Inc., Respondent, v. Robert D. Douglass and Others, Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten

dollars costs and disbursements. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.